NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CYNTHIA MAUREEN JOHNSON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

———————————

2013-3064

———————————

Petition for review of the Merit Systems Protection Board in case no. DC831E120305-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Cynthia Johnson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

CYNTHIA JOHNSON v. OPM                                              2

                                          FOR THE COURT

                                          /s/ Jan Horbaly
                                          Jan Horbaly
                                          Clerk

s24